# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 25-2231     **Short Title:** AAUP v. DOJ

**Type of Action**

- ☑ Civil
- ☐ Criminal/Prisoner
- ☐ Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from  10/20/2025
  2. Date this notice of appeal filed  12/18/2025
     If cross appeal, date first notice of appeal filed _____
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
  4. Date of entry of order deciding above post-judgment motion _____
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
     Time extended to _____

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits?  ☑ Yes   ☐ No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  ☐ Yes   ☐ No
        If yes, explain _____
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  ☐ Yes   ☐ No
        If yes, explain _____

C. Has this case previously been appealed?  ☐ Yes   ☑ No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  ☑ Yes   ☐ No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below?  ☑ Yes  ☐ No
   If yes, is a transcript necessary for this appeal?  ☑ Yes  ☐ No
   If yes, is transcript already on file with district court?  ☑ Yes  ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party American Association of University Professors - Harvard Faculty Chapter
      Attorney Aine Constance Carolan
      Address 1290 Avenue of the Americas 17th Floor New York, NY 10104
      Telephone 832-683-3959

   2. Adverse party American Association of University Professors
      Attorney Aine Constance Carolan
      Address 1290 Avenue of the Americas 17th Floor New York, NY 10104
      Telephone 832-683-3959

   3. Adverse party Muslim Legal Fund of America
      Attorney Mark D. Stern
      Address 34 Liberty Avenue Somerville, MA 02144
      Telephone 617-776-4020

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name United States Department Of Justice
      Address 950 Pennsylvania Ave Washington DC 20530
      Telephone 202-514-2000

      Attorney's name Michael Velchik
      Firm US Department of Justice
      Address 950 Pennsylvania Ave Washington DC 20530
      Telephone 202-860-8388

   2. Appellant's name U.S. Department of Education
      Address 400 Maryland Avenue, SW Washington, D.C. 20202
      Telephone 202-401-1576

      Attorney's name Michael Velchik
      Firm US Department of Justice
      Address 950 Pennsylvania Ave Washington DC 20530
      Telephone 202-860-8388

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)  ☑ Yes  ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s Michael Velchik

Date  01/06/2026

# APPENDIX

This document identifies a related case: President & Fellows of Harvard College, No. 1:25-cv-11048 (D. Mass.), No. 25-2230 (1st Cir.).

This document also contains a list of additional parties as Plaintiffs-Appellees in AAUP v. DOJ, No. 25-2231 (1st Cir.):

1. International Union, United Automobile, Aerospace and Agricultural Implement Workers of America
    a. Attorney: Aine Constance Carolan, 190 Avenue of the Americas 17th Floor New York, NY 10104, 832-683-3959

This document further contains a list of additional Defendants-Appellants in AAUP v. DOJ, No. 25-2231 (1st Cir.):

1. Leo Terrell, in his official capacity as Senior Counsel to the Assistant Attorney General for Civil Rights;
2. Craig Trainor, in his official capacity as Acting Assistant Secretary for the Office of Civil Rights, U.S. Department of Education;
3. Thomas E. Wheeler, in his official capacity as Acting General Counsel of the U.S. Department of Education;

4. Robert F. Kennedy, Jr., in his official capacity as Secretary of the U.S. Department of Health and Human Services;

5. Sean R. Keveney, in his official capacity as Acting General Counsel of the U.S. Department of Health and Human Services;

6. Jayanta Bhattacharya, in his official capacity as the Director of the National Institutes of Health;

7. Stephen Ehikian, in his official capacity as Acting Administrator of the U.S. General Services Administration;

8. Josh Gruenbaum, in his official capacity as Commissioner of the Federal Acquisition Service;

9. Pamela Bondi, in her official capacity as U.S. Attorney General;

10. Linda McMahon, in her official capacity as the U.S. Secretary of Education;

11. United States Department of Health and Human Services;

12. National Institutes of Health;

13. U.S. General Services Administration;

14. Brian Stone, in his official capacity as Acting Director of NSF;

15. Janet E. Petro, in her official capacity as Acting Administrator of NASA;

16. United States Department of Defense;

17. United States Department of Housing and Urban Development;

18. United States Department of Energy;

19. United States National Science Foundation;

20. Brooke L. Rollins, in her official capacity as Secretary of USDA;

21. United States Department of Agriculture;

22. Scott Turner, in his official capacity as Secretary of HUD;

23. National Aeronautics and Space Administration;

24. Christopher A. Wright, in his official capacity as Secretary of Energy;

25. Peter B. Hegseth, in his official capacity as Secretary of War;

## CERTIFICATE OF SERVICE FORM FOR ELECTRONIC FILINGS

I hereby certify that on January 6, 2025, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system: Plaintiffs American Association of University Professors - Harvard Faculty Chapter, American Association of University Professors, and International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, represented by Aine Constance Carolan, Daniel H. Silverman, Joseph M. Sellers, Benjamin D. Brown, Corey Stoughton, Drake Reed, Hannah Miles, Julie Rose Singer, Philippe Z. Selendy, Phoebe Wolfe, and Sean Baldwin; and Plaintiff Muslim Legal Fund of America, represented by Mark D. Stern.

*/s Michael Velchik*
Michael Velchik
