No. 25-2231

# United States Court of Appeals for the First Circuit

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL.,

*Plaintiffs-Appellees*,

v.

UNITED STATES DEPARTMENT OF JUSTICE, ET AL.,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the District of Massachusetts (No. 1:25-cv-10910-ADB)

## APPELLEES' MOTION TO AMEND CAPTION

JOSEPH M. SELLERS
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave NW
Suite 800
Washington, DC 20005
(202) 408-4600

PHILIPPE Z. SELENDY
COREY STOUGHTON
DRAKE REED
AINE CAROLAN
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
(212) 390-9000

ELIZABETH B. PRELOGAR
EPHRAIM A. MCDOWELL
JOSHUA REVESZ
ELIAS S. KIM
COOLEY LLP
1299 Pennsylvania Ave., NW
Suite 700
Washington, DC 20004
(202) 842-7800

*Counsel for Plaintiffs-Appellees*

# PLAINTIFFS-APPELLEES' MOTION TO AMEND CAPTION

Pursuant to the Court's December 31, 2025, case-opening notice, Plaintiffs-Appellees American Association of University Professors, Harvard Faculty Chapter; American Association of University Professors; International Union, United Automobile, Aerospace & Agricultural Implement Workers of America respectfully move to correct the docket to remove the Muslim Legal Fund of America as an appellee. The Muslim Legal Fund of America was an amicus in the district court action, as shown in the attached district court docket sheet. *See* D. Ct. Dkts. 90 and 96. Counsel for Plaintiffs-Appellees has conferred with counsel for Defendants-Appellants and is authorized to state that Defendants-Appellants do not oppose this motion.

Dated: January 23, 2026

Respectfully submitted,

/s/ *Elizabeth B. Prelogar*
ELIZABETH B. PRELOGAR
EPHRAIM A. MCDOWELL
JOSHUA REVESZ
ELIAS S. KIM
COOLEY LLP
1299 Pennsylvania Ave., NW
Suite 700
Washington, DC 20004
(202) 842-7800

JOSEPH M. SELLERS
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Ave NW
Suite 800
Washington, DC 20005
(202) 408-4600

PHILIPPE Z. SELENDY
COREY STOUGHTON
DRAKE REED
AINE CAROLAN
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
(212) 390-9000

*Counsel for Plaintiffs-Appellees*

# CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2).  This filing contains 102 words.

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6).  This motion has been prepared in a proportionally spaced typeface, 14-point Century Schoolbook font, using Microsoft Word 2016.

January 23, 2026                    /s/ *Elizabeth B. Prelogar*
                                    Elizabeth B. Prelogar
                                    *Counsel for Plaintiffs-Appellees*