# In the United States Court of Appeals for the First Circuit

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS – HARVARD FACULTY CHAPTER, *et al.*,
*Plaintiffs-Appellees*,

v.

UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,
*Defendants-Appellants.*

*On Appeal from the United States District Court for the District of Massachusetts, No. 1:25-cv-10910 (Hon. Allison Burroughs)*

## APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' RESPONSE BRIEF

ELIZABETH B. PRELOGAR
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
(202) 842-7800
eprelogar@cooley.com

*Counsel for Plaintiffs-Appellees*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, Plaintiffs-Appellees American Association of University Professors – Harvard Faculty Chapter; American Association of University Professors; and International Union, United Automobile, Aerospace & Agricultural Implement Workers of America certify that they are non-profit organizations, that they have no parent companies, and that they have not issued shares of stock.

## MOTION FOR EXTENSION OF TIME

Pursuant to Rules 26(b) and 27(a) of the Federal Rules of Appellate Procedure, Appellees American Association of University Professors – Harvard Faculty Chapter; American Association of University Professors; and International Union, United Automobile, Aerospace & Agricultural Implement Workers of America (collectively, "Appellees") respectfully request a sixty-day extension of time to file the Appellees' Brief, from May 15, 2026 to and including July 14, 2026. Counsel for Appellants have advised that they do not oppose this motion.

In support of the motion, Appellees state as follows:

1. On February 2, 2026, this Court issued a briefing schedule, requiring Appellants' Brief to be filed by March 16, 2026.

2. On February 20, 2026, this Court granted in part Appellants' unopposed motion to extend time to file the brief and appendix, requiring Appellants' Brief to be filed by April 15, 2026.

3. Appellants' Brief was filed on April 15, 2026.

4. Appellees' Brief is due on May 15, 2026. Fed. R. App. P. 31(a)(1).

5. The length of the requested extension is sixty days, from May 15, 2026 to and including July 14, 2026.

6. This is Appellees' first request for an extension of time. The extension is reasonably necessary because Appellees' counsel face multiple pressing deadlines in other matters. Appellees' counsel have had and will have primary responsibility for the following: *T.M. v. University of Maryland Medical System Corporation*, No. 25-197 (U.S.) (oral argument April 20, 2026); *The Hain Celestial Group, Inc. v. Gimpel*, No. 25A944 (U.S.) (petition for certiorari due May 1, 2026); *Google LLC v. Bonta*, No. 5:25-cv-9795-EJD (N.D. Cal.) (PI hearing scheduled May 7, 2026); *Fraker v. Boyd*, No. 25-cv-3086-BAH (D. Md.) (reply in support of motion to dismiss due May 20, 2026); *In re Google Play Store Simulated Casino-Style Games Litigation*, No. 25-7916 (9th Cir.) (reply brief due June 1, 2026); *Hirsch v. Commissioner of Internal Revenue*, No. 25-739 (U.S.) (reply brief in support of petition for certiorari due by June 2, 2026); *In re Whittaker, Clark & Daniels, Inc.*, No. 25-3368 (3d Cir.) (reply brief due June 10, 2026). Appellees' counsel also has other non-public pending matters that will occupy a significant portion of time in the coming weeks.

7. This relief is unopposed. On April 21, 2026, counsel for Appellees contacted counsel for Appellants to request their position on this request for a sixty-day extension. Appellants' counsel confirmed that Appellants do not oppose this motion.

For the foregoing reasons, Appellees respectfully request that the Court extend the deadline for Appellees to file their brief to and including July 14, 2026.

Dated:  April 23, 2026

Respectfully submitted,

By:  */s/  Elizabeth B. Prelogar*
Elizabeth B. Prelogar
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
(202) 842-7800
eprelogar@cooley.com

*Counsel for Plaintiffs-Appellees*

**CERTIFICATE OF COMPLIANCE**

This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 428 words.

This document complies with the typeface requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook 14-point font.

Dated: April 23, 2026

By: */s/ Elizabeth B. Prelogar*
Elizabeth B. Prelogar
COOLEY LLP

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing document with the United States Court of Appeals for the First Circuit by using the Court's CM/ECF system. I further certify that all parties or their counsel of record are registered CM/ECF users and will be served by the CM/ECF system.

Dated: April 23, 2026

By: */s/ Elizabeth B. Prelogar*
Elizabeth B. Prelogar
COOLEY LLP