**Case No. 25-2231**

---

**United States Court of Appeals For the First Circuit**

---

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS – HARVARD FACULTY CHAPTER; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA,

*Plaintiffs-Appellees*,

v.

UNITED STATES DEPARTMENT OF JUSTICE;

(*Caption continued on next page*)

*Defendants-Appellants*.

---

*On Appeal from the United States District Court for the District of Massachusetts; Judge Allison Burroughs, Case No. 1:25-cv-10910-ADB*

---

**MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE OF LAUREN GODLES MILGROOM ON BEHALF OF AMICI CURIAE 10,982 HARVARD ALUMNI**

---

Anurima Bhargava*
Naoka Carey
Pamela Coukos
Marco Simons
30 Bow St.
Cambridge, MA 02138

**pro hac vice application forthcoming*

Lauren Godles Milgroom (#1183519)
Equity Litigation Group LLP
1 Washington Mall #1307
Boston, MA 02108
(617) 468-8602
lmilgroom@equitylitigation.com

*Counsel for Amici Curiae 10,982 Harvard Alumni*

August 20, 2026

(*Caption continued*)

LEO TERRELL, in the official capacity as Senior Counsel to the Assistant Attorney General for Civil Rights and head of the DOJ Task Force to Combat Anti-Semitism; UNITED STATES DEPARTMENT OF EDUCATION; CRAIG TRAINOR, in the official capacity as Acting Assistant Secretary for the Office for Civil Rights, U.S. Department of Education; ELIZABETH MERRILL BROWN, in the official capacity as General Counsel of the U.S. Department of Education; ROBERT F. KENNEDY, JR., in the official capacity as the U.S. Secretary of Health and Human Services; MICHAEL B. STUART, in the official capacity as General Counsel of the U.S. Department of Health and Human Services; JAYANTA BHATTACHARYA, in the official capacity as the Director of the National Institutes of Health; EDWARD FORST, in the official capacity as Administrator of the U.S. General Services Administration; JOSH GRUENBAUM, in the official capacity as Commissioner of the Federal Acquisition Service; TODD BLANCHE, in the official capacity as Acting U.S. Attorney General; LINDA MCMAHON, in the official capacity as the U.S. Secretary of Education; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES (HHS); NATIONAL INSTITUTES OF HEALTH; UNITED STATES GENERAL SERVICES ADMINISTRATION; BRIAN STONE, in the official capacity as Acting Director of NSF; JARED ISAACMAN, in the official capacity as Administrator of NASA; UNITED STATES DEPARTMENT OF DEFENSE; UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT; UNITED STATES DEPARTMENT OF ENERGY; UNITED STATES NATIONAL SCIENCE FOUNDATION; BROOKE L. ROLLINS, in the official capacity as Secretary of U.S. Department of Agriculture; UNITED STATES DEPARTMENT OF AGRICULTURE; SCOTT TURNER, in the official capacity as Secretary of HUD; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; CHRISTOPHER A. WRIGHT, in the official capacity as Secretary of Department of Energy; PETER B. HEGSETH, in the official capacity as Secretary of Department of Defense,

*Defendants-Appellants.*

1. Pursuant to Rule 12.0(a) of the Local Rules of the United States Court of Appeals for the First Circuit, Lauren Godles Milgroom, counsel for *Amici Curiae* 10,982 Harvard Alumni respectfully move this Court to grant leave for Lauren Godles Milgroom to enter her appearance to represent *Amici Curiae* in the above-captioned matter.

2. Ms. Milgroom is a member in good standing of the bar of the United States Court of Appeals for the First Circuit, is knowledgeable regarding the dispute between the parties, and it would be economical and efficient to allow Ms. Milgroom to appear before this Court.

WHEREFORE, *Amici Curiae* respectfully request that this Honorable Court:

A. Grant this Motion for Leave to File Notice of Appearance of Lauren Godles Milgroom on behalf of *Amici Curiae* 10,982 Harvard Alumni; and

B. Grant such other and further relief as may be just and equitable.

Date: August 20, 2026

Respectfully submitted,

*/s/ Lauren Godles Milgroom*
Lauren Godles Milgroom (#1183519)
Equity Litigation Group LLP
1 Washington Mall #1307
Boston, MA 02108
(617) 468-8602
lmilgroom@equitylitigation.com

*Counsel for Amici Curiae 10,982 Harvard Alumni*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants on the Notice of Electronic Filing (NEF) on August 20, 2026.

*/s/ Lauren Godles Milgroom*
Lauren Godles Milgroom (#1183519)