**No. 25-2231**

**UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS – HARVARD FACULTY CHAPTER; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA ,
*Plaintiffs-Appellees*,

v.

UNITED STATES DEPARTMENT OF JUSTICE; LEO TERRELL, in the official capacity as Senior Counsel to the Assistant Attorney General for Civil Rights and head of the DOJ Task Force to Combat Anti-Semitism; UNITED STATES DEPARTMENT OF EDUCATION; CRAIG TRAINOR, in the official capacity as Acting Assistant Secretary for the Office for Civil Rights, U.S. Department of Education; ELIZABETH MERRILL BROWN, in the official capacity as General Counsel of the U.S. Department of Education; ROBERT F. KENNEDY, JR., in the official capacity as the U.S. Secretary of Health and Human Services; MICHAEL B. STUART, in the official capacity as General Counsel of the U.S. Department of Health and Human Services; JAYANTA BHATTACHARYA, in the official capacity as the Director of the National Institutes of Health; EDWARD FORST, in the official capacity as Administrator of the U.S. General Services Administration; JOSH GRUENBAUM, in the official capacity as Commissioner of the Federal Acquisition Service; TODD BLANCHE, in the official capacity as Acting U.S. Attorney General; LINDA MCMAHON, in the official capacity as the U.S. Secretary of Education; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES (HHS); NATIONAL INSTITUTES OF HEALTH; UNITED STATES GENERAL SERVICES ADMINISTRATION; BRIAN STONE, in the official capacity as Acting Director of NSF; JARED ISAACMAN, in the official capacity as Administrator of NASA; UNITED STATES DEPARTMENT OF DEFENSE; UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT; UNITED STATES DEPARTMENT OF ENERGY; UNITED STATES NATIONAL SCIENCE FOUNDATION; BROOKE L. ROLLINS, in the official capacity as Secretary of U.S. Department of Agriculture; UNITED STATES DEPARTMENT OF AGRICULTURE; SCOTT TURNER, in the official capacity as Secretary of HUD; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; CHRISTOPHER A. WRIGHT, in the official capacity as Secretary of Department of Energy; PETER B. HEGSETH, in the official capacity as Secretary of Department of Defense,
*Defendants-Appellants.*

On Appeal from the United States District Court for the District of Massachusetts

## MOTION FOR LEAVE TO FILE LATE APPEARANCE

Amici States hereby move for leave to file a late Notice of Appearance. In support of that request, they state as follows:

1. Appellants' opening brief was filed on May 1, 2026.

2. Appellees' opening brief was filed on July 21, 2026.

3. Pursuant to Fed. R. App. P. 29(a)(6), "[a]n amicus curiae must file its brief … no later than 7 days after the principal brief of the party being supported is filed."

4. On July 28, 2026, counsel Anna Lumelsky tendered an amicus brief on behalf of Amici States. On the same day, counsel Anna Lumelsky filed a Notice of Appearance on behalf of the Commonwealth of Massachusetts, joined by 20 other states.

5. On August 19, 2026, the Court Clerk's Office notified counsel that she was required to file a motion for leave to enter a late appearance.[1]

6. Granting this motion will not prejudice the parties, as the Amici States may file an amicus brief by right. *See* Fed. R. App. P. 29(a)(2).

[1] Undersigned counsel does not understand Local Rule 12.0(a) to apply to counsel for amici curiae who timely file under Fed. R. App. P. 29(a)(6). However, counsel is filing this motion at the direction of the Clerk's Office.

Additionally, granting this motion will not delay resolution of this appeal.

7. Amici States therefore request that counsel Anna Lumelsky be permitted to file a late Notice of Appearance.

Dated: August 20, 2026

Respectfully submitted,

/s/ Anna Lumelsky
Anna Lumelsky
*Deputy State Solicitor*
One Ashburton Place
Boston, MA 02108
(617) 963-2066
anna.lumelsky@mass.gov

## CERTIFICATE OF COMPLIANCE

It is hereby certified that:

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 233 words, excluding the parts exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using the Microsoft Word processing program in 14-point font size and Times New Roman style.

Dated: August 20, 2026

/s/ Anna Lumelsky
Anna Lumelsky
*Deputy State Solicitor*
One Ashburton Place
Boston, MA 02108
(617) 963-2066
anna.lumelsky@mass.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that on August 20, 2026, I electronically filed the foregoing Motion For Leave to File Late Appearance with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the CM/ECF system. Counsel for Appellants and Appellees are registered CM/ECF users and will be served by the CM/ECF system.

Dated: August 20, 2026

/s/ Anna Lumelsky
Anna Lumelsky
*Deputy State Solicitor*
One Ashburton Place
Boston, MA 02108
(617) 963-2066
anna.lumelsky@mass.gov