# United States Court of Appeals
## For the First Circuit

No. 25-2231

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS - HARVARD FACULTY CHAPTER; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA,

Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF JUSTICE; LEO TERRELL, in the official capacity as Senior Counsel to the Assistant Attorney General for Civil Rights and head of the DOJ Task Force to Combat Anti-Semitism; UNITED STATES DEPARTMENT OF EDUCATION; CRAIG TRAINOR, in the official capacity as Acting Assistant Secretary for the Office for Civil Rights, U.S. Department of Education; ELIZABETH MERRILL BROWN, in the official capacity as General Counsel of the U.S. Department of Education; ROBERT F. KENNEDY, JR., in the official capacity as the U.S. Secretary of Health and Human Services; MICHAEL B. STUART, in the official capacity as General Counsel of the U.S. Department of Health and Human Services; JAYANTA BHATTACHARYA, in the official capacity as the Director of the National Institutes of Health; EDWARD FORST, in the official capacity as Administrator of the U.S. General Services Administration; JOSH GRUENBAUM, in the official capacity as Commissioner of the Federal Acquisition Service; TODD BLANCHE, in the official capacity as Acting U.S. Attorney General; LINDA MCMAHON, in the official capacity as the U.S. Secretary of Education; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES (HHS); NATIONAL INSTITUTES OF HEALTH; UNITED STATES GENERAL SERVICES ADMINISTRATION; BRIAN STONE, in the official capacity as Acting Director of NSF; JARED ISAACMAN, in the official capacity as Administrator of NASA; UNITED STATES DEPARTMENT OF DEFENSE; UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT; UNITED STATES DEPARTMENT OF ENERGY; UNITED STATES NATIONAL SCIENCE FOUNDATION; BROOKE L. ROLLINS, in the official capacity as Secretary of U.S. Department of Agriculture; UNITED STATES DEPARTMENT OF AGRICULTURE; SCOTT TURNER, in the official capacity as Secretary of HUD; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; CHRISTOPHER A. WRIGHT, in the official capacity as Secretary of Department of Energy; PETER B. HEGSETH, in the official capacity as Secretary of Department of Defense,

Defendants - Appellants.

**ORDER OF COURT**

Entered: August 20, 2026
Pursuant to 1st Cir. R. 27.0(d)

On July 27, 2026, Columbia Alumni for Academic Freedom filed a brief as amicus curiae. The brief is non-compliant because the brief does not contain a disclosure statement. See Fed. R. App. P. 26.1 and 29 (a)(4)(A). Additionally, the amicus brief must contain a statement of authorship and funding as required by Fed. R. App. P. 29(a)(4)(E). The statement must indicate whether: (i) A party's counsel authored the brief in whole or in part; (ii) a party or a party's counsel contributed money that was intended to fund preparing or submitting the brief; and (iii) a person -- other than the amicus curiae, its members or its counsel -- contributed money that was intended to fund preparing or submitting the brief and, if so, identifies each such person. Lastly, attorney Jocelyn Jones must file an appearance form required by 1st Cir. R. 12.0(a) and 46.0(a)(2). A corrected amicus brief and appearance form must be filed no later than **August 24, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Philippe Z. Selendy, Joshua Revesz, Ephraim A. McDowell, Drake Reed, Corey Stoughton, Julie Rose Singer, Aine Constance Carolan, Joseph M. Sellers, Phoebe Wolfe, Elias Kim, Sabrina Merold, Diana Li, Elizabeth Prelogar, Mark David Stern, Chelsea Gabrielle Glover, Donald Campbell Lockhart, Abraham R. George, Michael Velchik, Tiberius T. Davis, Paul Alan Levy, Graham Michael Glusman, Joy A. Chen, P. Benjamin Duke, Benjamin Eidelson, David T. Goldberg, Sean H. Donahue, Jocelyn B. Jones, Anna Esther Lumelsky, Emma S. Winer, William M. Tong, Nicholas W. Brown, Peter F. Neronha, Lauren Godles Milgroom, Gilles R. Bissonnette, Zachary L. Heiden, Lynette J. Labinger, Fermín L. Arraiza-Navas, Carol J. Garvan, Alexander Abdo, Jessie J. Rossman, Esha Bhandari, Henry R. Klementowicz, Brian Matthew Hauss, Rachel E. Davidson, Jameel Jaffer, Vera Eidelman, Maria Danielle Savarese, Amato A. DeLuca, Miriam Weizenbaum, Bonnie I. Robin-Vergeer, Samantha K. Trepel