# United States Court of Appeals
## For the First Circuit

No. 25-2231

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS - HARVARD FACULTY CHAPTER; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA,

Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF JUSTICE; LEO TERRELL, in the official capacity as Senior Counsel to the Assistant Attorney General for Civil Rights and head of the DOJ Task Force to Combat Anti-Semitism; UNITED STATES DEPARTMENT OF EDUCATION; CRAIG TRAINOR, in the official capacity as Acting Assistant Secretary for the Office for Civil Rights, U.S. Department of Education; ELIZABETH MERRILL BROWN, in the official capacity as General Counsel of the U.S. Department of Education; ROBERT F. KENNEDY, JR., in the official capacity as the U.S. Secretary of Health and Human Services; MICHAEL B. STUART, in the official capacity as General Counsel of the U.S. Department of Health and Human Services; JAYANTA BHATTACHARYA, in the official capacity as the Director of the National Institutes of Health; EDWARD FORST, in the official capacity as Administrator of the U.S. General Services Administration; JOSH GRUENBAUM, in the official capacity as Commissioner of the Federal Acquisition Service; TODD BLANCHE, in the official capacity as U.S. Attorney General; LINDA MCMAHON, in the official capacity as the U.S. Secretary of Education; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES (HHS); NATIONAL INSTITUTES OF HEALTH; UNITED STATES GENERAL SERVICES ADMINISTRATION; BRIAN STONE, in the official capacity as Acting Director of NSF; JARED ISAACMAN, in the official capacity as Administrator of NASA; UNITED STATES DEPARTMENT OF DEFENSE; UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT; UNITED STATES DEPARTMENT OF ENERGY; UNITED STATES NATIONAL SCIENCE FOUNDATION; BROOKE L. ROLLINS, in the official capacity as Secretary of U.S. Department of Agriculture; UNITED STATES DEPARTMENT OF AGRICULTURE; SCOTT TURNER, in the official capacity as Secretary of HUD; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; CHRISTOPHER A. WRIGHT, in the official capacity as Secretary of Department of Energy; PETER B. HEGSETH, in the official capacity as Secretary of Department of Defense,

Defendants - Appellants.

**ORDER OF COURT**

Entered: August 20, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, Attorney Bonnie Robin-Vergeer's motion for leave to enter an appearance on behalf of Amici University Professors and Scholars: Nancy Bermeo, Javier Corrales, Scott L. Cummings, David M. Driesen, Francis Fukuyama, Tom Ginsburg, Gábor Halmai, Sonia Mittal, Maria Popova, Kim Lane Scheppele, Susan Stokes, and Lucan Way. Attorney Robin-Vergeer's notice of appearance is accepted for filing as of this date.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Philippe Z. Selendy, Joshua Revesz, Ephraim A. McDowell, Drake Reed, Corey Stoughton, Julie Rose Singer, Aine Constance Carolan, Joseph M. Sellers, Phoebe Wolfe, Elias Kim, Sabrina Merold, Diana Li, Elizabeth Prelogar, Mark David Stern, Chelsea Gabrielle Glover, Donald Campbell Lockhart, Abraham R. George, Michael Velchik, Tiberius T. Davis, Paul Alan Levy, Graham Michael Glusman, Joy A. Chen, P. Benjamin Duke, Benjamin Eidelson, David T. Goldberg, Sean H. Donahue, Jocelyn B. Jones, Anna Esther Lumelsky, Emma S. Winer, William M. Tong, Nicholas W. Brown, Peter F. Neronha, Lauren Godles Milgroom, Gilles R. Bissonnette, Zachary L. Heiden, Lynette J. Labinger, Fermín L. Arraiza-Navas, Carol J. Garvan, Alexander Abdo, Jessie J. Rossman, Esha Bhandari, Henry R. Klementowicz, Brian Matthew Hauss, Rachel E. Davidson, Jameel Jaffer, Vera Eidelman, Maria Danielle Savarese, Amato A. DeLuca, Miriam Weizenbaum, Bonnie I. Robin-Vergeer, Samantha K. Trepel