# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-2231 **Short Title:** AAUP v. DOJ et al.

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
University professors and scholars. See attached sheet. as the

[ ] appellant(s) [ ] appellee(s) [✔] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)


s/ Bonnie Robin-Vergeer
Signature

7-28-26
Date

Bonnie Robin-Vergeer
Name

States United Democracy Center
Firm Name (if applicable)

(202) 999-9305
Telephone Number

1101 17th St. NW, Suite 250
Address

Fax Number

Washington, DC 20036
City, State, Zip Code

Bonnie@statesunited.org
Email (required)

Court of Appeals Bar Number: 76876


Has this case or any related case previously been on appeal?

[ ] No [✔] Yes Court of Appeals No. 25-2230

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**United States Court of Appeals**
**For the First Circuit**

---

**NOTICE OF APPEARANCE (Continuation sheet)**

**No.** 25-2231 **Short Title:** AAUP v. DOJ et al.

The Clerk will enter my appearance as counsel on behalf of **(please list names of all parties represented, using additional sheet(s) if necessary):**

University Professors and Scholars: Nancy Bermeo, Javier Corrales, Scott L. Cummings, David M. Driesen, Francis Fukuyama, Tom Ginsburg, Gábor Halmai, Sonia Mittal, Maria Popova, Kim Lane Scheppele, Susan Stokes, and Lucan Way.

[ ] appellant(s) [ ] appellee(s) [X] amicus curiae
[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

s/ Bonnie Robin-Vergeer 7-28-26