# IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS – HARVARD FACULTY CHAPTER; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA,

*Plaintiffs-Appellees,*

v.

UNITED STATES DEPARTMENT OF JUSTICE; LEO TERRELL, in the official capacity as Senior Counsel to the Assistant Attorney General for Civil Rights and head of the DOJ Task Force to Combat Anti-Semitism; UNITED STATES DEPARTMENT OF EDUCATION; CRAIG TRAINOR, in the official capacity as Acting Assistant Secretary for the Office for Civil Rights, U.S. Department of Education; ELIZABETH MERRILL BROWN, in the official capacity as General Counsel of the U.S. Department of Education; ROBERT F. KENNEDY, JR., in the official capacity as the U.S. Secretary of Health and Human Services; MICHAEL B. STUART, in the official capacity as General Counsel of the U.S. Department of Health and Human Services; JAYANTA BHATTACHARYA, in the official capacity as the Director of the National Institutes of Health; EDWARD FORST, in the official capacity as Administrator of the U.S. General Services Administration; JOSH GRUENBAUM, in the official capacity as Commissioner of the Federal Acquisition Service; TODD BLANCHE, in the official capacity as Acting U.S. Attorney General; LINDA MCMAHON, in the official capacity as the U.S. Secretary of Education; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES (HHS); NATIONAL INSTITUTES OF HEALTH; UNITED STATES GENERAL SERVICES ADMINISTRATION; BRIAN STONE, in the official capacity as Acting Director of NSF; JARED ISAACMAN, in the official capacity as Administrator of NASA; UNITED STATES DEPARTMENT OF DEFENSE; UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT; UNITED STATES DEPARTMENT OF ENERGY; UNITED STATES NATIONAL SCIENCE FOUNDATION; BROOKE L. ROLLINS, in the official capacity as Secretary of U.S. Department of Agriculture; UNITED STATES DEPARTMENT OF AGRICULTURE; SCOTT TURNER, in the official capacity as Secretary of HUD; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; CHRISTOPHER A. WRIGHT, in the official capacity as Secretary of Department of Energy; PETER B. HEGSETH, in the official capacity as Secretary of Department of Defense,

*Defendants-Appellants.*

*On Appeal from the United States District Court for the District of Massachusetts, No. 1:25-cv-10910*

# MOTION FOR LEAVE TO FILE AN ENTRY OF APPEARANCE ON BEHALF OF AMICUS CURIAE LAWYERS DEFENDING AMERICAN DEMOCRACY

Now comes the undersigned, Amato A. DeLuca, and hereby moves for leave of this Court to file his appearance as counsel on behalf of *amicus curiae* Lawyers Defending American Democracy. As grounds therefore, the Appellee's brief has been filed and pursuant to First Circuit Local Rule 12.0, leave of court is required to file an appearance. The undersigned counsel, along with Attorney Miriam Weizenbaum, who is filing a similar motion contemporaneously, are counsel to Lawyers Defending American Democracy and ask that the Court allow them to enter an appearance to represent that interest as counsel of record. No party will suffer prejudice by this entry, and the form of appearance is attached hereto as an Exhibit to this motion. For the foregoing reasons, the *amicus* respectfully asks that the Court allow this motion.

Respectfully submitted,

/s/Miriam Weizenbaum

MIRIAM WEIZENBAUM
(Counsel of Record)
199 North Main Street
Providence, RI 02903
(401) 293-8624
miriam@dwbrlaw.com

AMATO A. DELUCA
199 North Main Street
Providence, RI 02903
(401) 293-8624
amato@dwbrlaw.com

Counsel for *amicus curiae* Lawyers Defending American Democracy

August 20, 2026

## CERTIFICATE OF SERVICE

I certify that on the 20th day of August 2026, pursuant to Fed. R. App. P. 25(d) and First Circuit R. 32.0, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system. I certify that I will timely file three paper copies pursuant to Fed. R. App. P. 27(d)(3).

/s/Amato A. DeLuca

Amato A. DeLuca
Counsel for *amicus curiae* Lawyers Defending American Democracy