# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-2231 **Short Title:** AAUP v. US DOJ

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:

______________________________________________________________ as the

[ ] appellant(s) [ ] appellee(s) [✔] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

S/Fermin Arraiza Navas
Signature

August 17, 2026
Date

Fermin L. Arraiza-Navas
Name

ACLU, Puerto Rico
Firm Name (if applicable)

(787)966-3133
Telephone Number

416 Ponce de Leon, Suite 1105
Address

Fax Number

San Juan, PR 00918
City, State, Zip Code

farraiza@aclu.org
Email (required)

Court of Appeals Bar Number: 73810

Has this case or any related case previously been on appeal?

[✔] No [ ] Yes Court of Appeals No.______________________________

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).