# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-2231 **Short Title:** AAUP v. US DOJ

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
Lawyers Defending American Democracy as the

[ ] appellant(s) [ ] appellee(s) [✓] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Amato A. DeLuca
Signature

07/28/2026
Date

Amato A. DeLuca
Name

DeLuca, Weizenbaum, Barry & Revens, Ltd.
Firm Name (if applicable)

401-453-1500
Telephone Number

199 North Main Street
Address

401-453-1501
Fax Number

Providence, RI 02903
City, State, Zip Code

bud@dwbrlaw.com
Email (required)

Court of Appeals Bar Number: 37349

Has this case or any related case previously been on appeal?

[✓] No [ ] Yes Court of Appeals No.______________________________

=================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).