# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-2231 **Short Title:** AAUP et al. v. DOJ, et al.

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
Commonwealth of Massachusetts, joined by 20 other states as the

[ ] appellant(s) [ ] appellee(s) [✔] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Anna Lumelsky
Signature

7/28/2026
Date

Anna Lumelsky
Name

Massachusetts Attorney General's Office
Firm Name (if applicable)

617-963-2334
Telephone Number

One Ashburton Place
Address

Fax Number

Boston, MA 02108
City, State, Zip Code

anna.lumelsky@mass.gov
Email (required)

Court of Appeals Bar Number: 677708

Has this case or any related case previously been on appeal?

[✔] No [ ] Yes Court of Appeals No.____________________

====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).