**Case No. 25-2231**

**United States Court of Appeals For the First Circuit**

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS – HARVARD FACULTY CHAPTER; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA,

*Plaintiffs-Appellees*,

v.

UNITED STATES DEPARTMENT OF JUSTICE;

(*Caption continued on next page*)

*Defendants-Appellants*.

*On Appeal from the United States District Court for the District of Massachusetts; Judge Allison Burroughs, Case No. 1:25-cv-10910-ADB*

# BRIEF OF *AMICI CURIAE* 10,982 HARVARD ALUMNI IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE

Anurima Bhargava*
Naoka Carey
Pamela Coukos
Marco Simons
30 Bow St.
Cambridge, MA 02138

**pro hac vice application forthcoming*

Lauren Godles Milgroom (#1183519)
EQUITY LITIGATION GROUP LLP
1 Washington Mall #1307
Boston, MA 02108
(617) 468-8602
lmilgroom@equitylitigation.com

*Counsel for Amici Curiae 10,982 Harvard Alumni*

July 28, 2026

(*Caption continued*)

LEO TERRELL, in the official capacity as Senior Counsel to the Assistant Attorney General for Civil Rights and head of the DOJ Task Force to Combat Anti-Semitism; UNITED STATES DEPARTMENT OF EDUCATION; CRAIG TRAINOR, in the official capacity as Acting Assistant Secretary for the Office for Civil Rights, U.S. Department of Education; ELIZABETH MERRILL BROWN, in the official capacity as General Counsel of the U.S. Department of Education; ROBERT F. KENNEDY, JR., in the official capacity as the U.S. Secretary of Health and Human Services; MICHAEL B. STUART, in the official capacity as General Counsel of the U.S. Department of Health and Human Services; JAYANTA BHATTACHARYA, in the official capacity as the Director of the National Institutes of Health; EDWARD FORST, in the official capacity as Administrator of the U.S. General Services Administration; JOSH GRUENBAUM, in the official capacity as Commissioner of the Federal Acquisition Service; TODD BLANCHE, in the official capacity as Acting U.S. Attorney General; LINDA MCMAHON, in the official capacity as the U.S. Secretary of Education; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES (HHS); NATIONAL INSTITUTES OF HEALTH; UNITED STATES GENERAL SERVICES ADMINISTRATION; BRIAN STONE, in the official capacity as Acting Director of NSF; JARED ISAACMAN, in the official capacity as Administrator of NASA; UNITED STATES DEPARTMENT OF DEFENSE; UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT; UNITED STATES DEPARTMENT OF ENERGY; UNITED STATES NATIONAL SCIENCE FOUNDATION; BROOKE L. ROLLINS, in the official capacity as Secretary of U.S. Department of Agriculture; UNITED STATES DEPARTMENT OF AGRICULTURE; SCOTT TURNER, in the official capacity as Secretary of HUD; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; CHRISTOPHER A. WRIGHT, in the official capacity as Secretary of Department of Energy; PETER B. HEGSETH, in the official capacity as Secretary of Department of Defense,

*Defendants-Appellants.*

# TABLE OF CONTENTS

**TABLE OF AUTHORITIES** .......... ii
**DISCLOSURE STATEMENT** .......... 1
**INTRODUCTION** .......... 1
**IDENTITY AND INTEREST OF AMICI CURIAE** .......... 3
**ARGUMENT** .......... 7
**CONCLUSION** .......... 14
**CERTIFICATE OF COMPLIANCE** .......... 16
**CERTIFICATE OF SERVICE** .......... 17

# TABLE OF AUTHORITIES

**Rules**

Federal Rule of Appellate Procedure 29 .......... 1

**Cases**

*Pres. and Fellows of Harvard Coll. v. U.S. Dep't. of Health and Human Servs.*, 798 F. Supp. 3d 77 (D. Mass. 2025). .......... 3, 6, 13

**Other Authorities**

*About GSD*, Harvard Graduate School of Design, https://www.gsd.harvard.edu/ .......... 9

*About HGSE*, Harvard Graduate School of Education, https://www.gse.harvard.edu/about .......... 9

*About HSDM*, Harvard School of Dental Medicine, https://www.hsdm.harvard.edu/about-hsdm .......... 9

*About*, Harvard Extension School, https://extension.harvard.edu/about/ .......... 9

*About*, Harvard Graduate School of Arts and Sciences, https://gsas.harvard.edu/about .......... 9

*About*, Harvard Kennedy School, https://www.hks.harvard.edu/more/about .......... 9

*Community Values*, Harvard Business School, https://www.hbs.edu/about/campus-and-culture/community-values .......... 9, 10

*Final Report: Revised University Values*, Harvard Univ. Presidential Task Force on Inclusion & Belonging, https://inclusionandbelongingtaskforce.harvard.edu/sites/g/files/omnuum11511/files/inclusion/files/vii._appendix_d._revised_values_statement.pdf .......... 10

*Harvard Impact Study: Global Economic & Social Impact of Harvard Alumni*, Harvard Bus. Sch. (2015), https://www.alumni.hbs.edu/Documents/volunteers/ImpactReport_GlobalEconomic.pdf ....... 5

*Harvard University Statement of Values*, https://www.harvard.edu/president/news-speeches-summers/2002/harvard-university-statement-of-values (Aug. 1, 2002) ....... 10

*History and Mission, Harvard Divinity School*, https://www.hds.harvard.edu/about/history-and-mission ....... 9

*Mission, Vision, Values*, Harvard John A. Paulson School of Engineering and Applied Sciences, https://seas.harvard.edu/about-us/school-overview/mission-vision ....... 9

*Mission and Community Values*, Harvard Medical School, https://hms.harvard.edu/about-hms/campus-culture/mission-community-values-diversity-statement ....... 9

*Mission and Vision*, Harvard T.H. Chan School of Public Health, https://hsph.harvard.edu/mission-and-vision/ ....... 9

*Mission, Vision, & History*, Harvard College, https://college.harvard.edu/about/mission-vision-history ....... 9

Christina Pazzanese, "Harvard's Alumni Impact," Harvard Gazette (Dec. 8, 2015), https://news.harvard.edu/gazette/story/2015/12/harvards-alumni-impact/ ....... 5

*The Harvard Law School Shield*, Harvard Law School, https://hls.harvard.edu/about/the-harvard-law-school-shield ....... 9

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 29(a)(4)(E), *amici curiae* state that no party or party's counsel authored this brief in whole or in part, and that no party or party's counsel contributed money intended to fund preparing or submitting this brief. Stand for Campus Freedom has contributed ancillary support for the preparation of this brief, including payment for the forthcoming application of Anurima Bhargava to appear *pro hac vice* in this action. Otherwise, no person or organization has contributed money that was intended to fund preparing or submitting the brief.

## INTRODUCTION

As alumni of Harvard University, we submit this brief in support of the academic freedom and integrity of Harvard and educational institutions across America—all of which must be able to educate students and invest in learning and research consistent with their missions and values, free from political interference.

The Harvard alumni community is more than 400,000 strong. In every corner of America and the world, Harvard alumni are working to alleviate suffering; safeguard liberty and democracy; catalyze growth, prosperity, and innovation; develop new cures and technologies; promote faith and justice; foster creativity and learning; and transform the trajectories of our families, neighbors, and country for the better. However different our paths and perspectives may be, each of us has been

shaped by the inscriptions on Dexter Gate in Harvard Yard: "Enter to grow in wisdom" and "Depart to serve better thy country and thy kind."

As alumni, we are deeply alarmed by the federal Government's reckless and unlawful attempts to assert control over the core functions of Harvard and its fellow institutions of higher education. Without due process or any recognizable basis in law—and with complete disregard for the freedoms the Constitution secures and the constraints it imposes—the Government has embarked on a campaign to deploy every power at its disposal to damage Harvard. The Government launched its campaign with threats to withhold billions in research funding in a brazen attempt to dictate and shape viewpoints at Harvard, and then it abruptly terminated those funds when Harvard's leadership did not comply—directly imperiling life-saving scientific research and innovation.

As the district court noted in its decision deeming the funding cuts unconstitutional and a violation of federal law, the terminated funding "related to all manner of medical, scientific, technological, and other projects—including projects on breast cancer detection and prevention, biological threats, overcoming antibiotic resistance, improving neurologic outcomes for pediatric cancer survivors, developing drugs to treat long-term radiation exposure and for chemotherapy, studying the effects of particulate matter exposure on military veterans, and creating 'technologies that provide energy-relevant minerals for economic and national

security.'"[1] The impact of the cuts to funding and the continuing threats is being deeply felt, including within the Harvard alumni community.

Moreover, the Government's relentless and escalating attacks—and this case—encompass much more than funding. The Government strikes at the very core of Harvard: the longstanding practices and values of openness, free inquiry, and mutual respect, and its founding commitment to *veritas*—the quest for truth above all. The Government's end goal is to narrow our freedoms to learn, teach, think, and act, and to claim for itself the right to dictate who may enjoy those freedoms. As a diverse and robust group of alumni, we attest that Harvard's true greatness resides in the ways we share these values and exercise these freedoms, which have long shaped how we understand and connect with one another, and how we anchor our continuing efforts to make a difference in service to the world.

## IDENTITY AND INTEREST OF *AMICI CURIAE*

*Amici curiae* comprise 10,982 graduates of Harvard University, whose individual names, degrees, and years of graduation are included in the Appendix. *Amici* are graduates of Harvard's Faculty of Arts and Sciences—including graduates of Radcliffe College before it merged with Harvard—as well as Harvard's schools of Business, Dental Medicine, Design, Divinity, Education, Engineering, Extension,

[1] *Pres. and Fellows of Harvard Coll. v. U.S. Dep't. of Health and Human Servs.*, 798 F. Supp. 3d 77, 99 (D. Mass. 2025).

Government, Law, Medicine, and Public Health. Many of us remain active members of the Harvard community.

*Amici* span multiple generations and include individuals from the graduating classes of 1950 to 2026. Collectively, our time at Harvard extends over the last 80 years; together, we have built and embraced community across cultures, disciplines, ideologies, viewpoints and geographies. We reside in and represent all fifty states, D.C., and the U.S. territories, and dozens of countries around the world. Some of us travelled thousands of miles across multiple borders to enroll at Harvard, while others of us never left the neighborhood. Many of us are first-generation college-goers, and others followed in our grandparents' footsteps on the paths of Radcliffe and Harvard. We embody and reflect a multitude of backgrounds, beliefs, talents, and trajectories. And we both defy and expand the labels and stereotypes about Harvard.

*Amici* are part of a vast and vital community supporting and transforming the nation and the world. We are apple growers, health ministers, youth pastors, cancer scientists, safety officers, musicians, homebuilders, energy entrepreneurs, librarians, and fighter pilots. We are researchers and explorers whose discoveries spur innovation, heighten our understanding of one another, and improve, enrich, and save lives. We are artists, storytellers, and truth-seekers who chronicle the human condition and stretch the boundaries of who we can become. We are philanthropists

and volunteers, big and small, who dedicate our time and resources in clinics, kitchens, and classrooms. We are entrepreneurs and business owners who invest in and catalyze the growth, vibrancy, and economic mobility of our communities. We are daily caregivers, who live and work alongside our neighbors combating suffering and loneliness, bridging divides and building faith, safeguarding shared spaces and rights, and supporting lifelong learning.

We are creators of just and sustainable solutions to the world's most pressing problems and drivers and stewards of economic and financial growth and stability. According to a 2015 study, Harvard alumni have founded over 146,000 ventures—one-third of which are nonprofits—collectively employing over 20 million people and generating over $3.9 trillion in annual revenue. Nearly 40% of Harvard alumni have founded a for-profit or nonprofit organization—including many of the *amici* here.[2]

And we are researchers, scientists, and innovators whose work and efforts to improve and save lives have been directly supported by federal funding to Harvard. Many of us have participated in Harvard's research programs that have long served

[2] *See Harvard Impact Study: Global Economic & Social Impact of Harvard Alumni*, Harvard Bus. Sch. (2015), https://www.alumni.hbs.edu/Documents/volunteers/ImpactReport_GlobalEconomic.pdf; *see also* Christina Pazzanese, "Harvard's Alumni Impact," Harvard Gazette (Dec. 8, 2015), https://news.harvard.edu/gazette/story/2015/12/harvards-alumni-impact/.

as "training grounds for the next generation of scientific, technological, medical, and public health leaders . . . who collectively pioneer life-altering advancements that benefit the nation."[3] Whether as lead researchers in treatments for burn victims or as patient-participants in trials addressing kidney disease and blood cancers—to name a few of the experiences shared by *amici*—as Harvard alumni, we bear witness to the significant impact of the Government's continued efforts to slash federal research funding on our families, workplaces, and the communities we serve. Indeed, as the district court recognized, the research funding at stake here could "save lives, money, or the environment, to name a few."[4]

As *amici*, we are also profoundly interested in ensuring that Harvard continues to foster the education and development of its vibrant community, consistent with its mission, purpose, and values. What binds us as Harvard alumni is our shared sense of how Harvard's mission and values continue to inspire our commitment to make a difference in the world—however we each identify and pursue that goal. In joining this brief, we also shared testimonials of how Harvard instilled a sense of moral obligation to stand up for our freedoms and convictions; transformed trauma into purpose; grounded our pursuit and exploration of wisdom and truths; and energized our commitment to the founding ideals of American democracy. As one

---

[3] *Harvard Coll.*, 798 F. Supp. 3d at 92.

[4] *Id.* at 132.

alumna remarked, Harvard "made me fall in love with America." We recognize that the unencumbered pursuit of knowledge at Harvard and our fellow educational institutions—where we learn how to think, not what to think; where there is no single right answer; and where we invest in creativity, experimentation, and research—serves humanity and furthers the common good. We understand the essential role of education in our public lives and in our democracy, and the importance of opening classroom doors to diversity and difference—especially to those who have not yet had an opportunity to enter—while according dignity to all. And we know that Harvard's fight is pivotal in the larger struggle over America's freedoms, values, and role in the world.

We also have a direct interest in Harvard's governance. In 1642, the legislature of the Massachusetts Bay Colony established the Board of Overseers as Harvard's original governing board. Today, that board remains composed of, and elected by, Harvard alumni. Consequently, we hold a unique perspective on the importance of Harvard as an independent academic institution, as well as a responsibility for maintaining its commitment to academic freedom, truth, and service to the world.

All parties have consented to the filing of this brief.

## ARGUMENT

Established in 1636, Harvard is America's oldest university. Harvard was

founded 140 years before the independence of the United States. Harvard's alumni informed the foundations of our constitutional democracy and, ever since, Harvard has educated generations of students and student-leaders to serve the nation and make a difference in the world. The impact of Harvard's 400-year-long educational and spiritual investment in people's lives is as immeasurable as it is indisputable.

Harvard's enduring sense of purpose and commitment is embedded in the missions of the schools across Harvard: "improv[ing] health and well-being for all" (Medical School); "mak[ing] the world more safe, free, just, and sustainably prosperous" (Kennedy School); shaping a "dynamic and diverse community" into "visionary scholars, innovative educators, and creative leaders" (Graduate School of Arts and Sciences); bringing together "a diverse and pluralistic community" to "change the world for the better" and engage in the "pursuit of law and justice" (Law School); "improv[ing] health and promot[ing] equity so everyone can thrive" (School of Public Health); forging a "just world at peace across religious and cultural divides" (Divinity School); building a "resilient, just, and beautiful world" (School of Design); "making the broadest impact possible" by "expanding opportunities and outcomes for learners everywhere" (School of Education); "bridg[ing] disciplines . . . to advance foundational science, and to achieve translational impact" (School of Engineering); championing "open access to higher education" and "flexible pathways that empower students everywhere to achieve their goals" (Extension

School); "mak[ing] a lasting, positive impact on society" (School of Dental Medicine); "educat[ing] leaders who make a difference in the world" (Business School); and "educating the citizens and citizen-leaders for our society" to "learn[] how they can best serve the world" (Harvard College).[5]

Harvard's missions are also embedded in the values and commitments that it practices and conveys. *Veritas*—truth—has long served as our North Star, guiding us to challenge prevailing orthodoxies. The University-wide Statement of Values,

---

[5] *Mission and Community Values*, Harvard Medical School, https://hms.harvard.edu/about-hms/campus-culture/mission-community-values-diversity-statement (last visited July 22, 2026); *About*, Harvard Kennedy School, https://www.hks.harvard.edu/more/about (last visited July 22, 2026); *About*, Harvard Graduate School of Arts and Sciences, https://gsas.harvard.edu/about (last visited July 22, 2026); *The Harvard Law School Shield*, Harvard Law School, https://hls.harvard.edu/about/the-harvard-law-school-shield/ (last visited July 22, 2026); *Mission and Vision*, Harvard T.H. Chan School of Public Health, https://hsph.harvard.edu/mission-and-vision/ (last visited July 22, 2026); *History and Mission, Harvard Divinity School*, https://www.hds.harvard.edu/about/history-and-mission (last visited July 22, 2026); *About GSD*, Harvard Graduate School of Design, https://www.gsd.harvard.edu/ (last visited July 22, 2026); *About HGSE*, Harvard Graduate School of Education, https://www.gse.harvard.edu/about (last visited July 22, 2026); *Mission, Vision, Values*, Harvard John A. Paulson School of Engineering and Applied Sciences, https://seas.harvard.edu/about-us/school-overview/mission-vision (last visited July 22, 2026); *About*, Harvard Extension School, https://extension.harvard.edu/about/ (last visited July 22, 2026); *About HSDM*, Harvard School of Dental Medicine, https://www.hsdm.harvard.edu/about-hsdm (last visited July 22, 2026); *Community Values*, Harvard Business School, https://www.hbs.edu/about/campus-and-culture/community-values (last visited July 22, 2026); *Mission, Vision, & History*, Harvard College, https://college.harvard.edu/about/mission-vision-history (last visited July 22, 2026).

first set forth in 2002 and as revised by the Presidential Task Force on Inclusion and Belonging in 2018, emphasizes the "[c]onscientious pursuit of excellence" and "integrity in all dealings" to "advance the frontiers of knowledge" and to equip individuals "for fulfilling experiences of life, work, and inclusive leadership in a complex world."[6] The Business School similarly emphasizes the importance of building spaces of "trust and mutual respect, free expression and inquiry" that reflect "a commitment to truth, excellence and lifelong learning."[7]

These missions and values are not abstract aspirations; they are animating commitments, deeply embedded, practiced, and embodied in our lives and in the continuing life of the university. They resonate when the university has the freedom to govern itself and can educate and cultivate an academic and learning community that aligns with its mission. Indeed, universities like Harvard can only manifest their mission, values, and foundational principles if they can operate with academic freedom, which emerges from the bedrock constitutional freedoms of expression, speech, and association outlined in the First Amendment.

---

[6] *Final Report: Revised University Values*, Harvard Univ. Presidential Task Force on Inclusion & Belonging, https://inclusionandbelongingtaskforce.harvard.edu/sites/g/files/omnuum11511/files/inclusion/files/vii._appendix_d._revised_values_statement.pdf; *Harvard University Statement of Values*, https://www.harvard.edu/president/news-speeches-summers/2002/harvard-university-statement-of-values (Aug. 1, 2002).

[7] *Community Values*, Harvard Business School.

We are living in an increasingly intertwined world. Promoting these missions and values requires open and robust learning environments where debate, inquiry, and genuine disagreement are encouraged and seen as the root of learning and growth. It requires spaces that recognize that our humanity resonates and sustains when our quest is to open and cultivate minds, not to close them. Cultivating citizens who have a sense of their commitments and responsibilities to one another regardless of background, perspective, faith, or nationality requires building spaces that demand dignity and respect across difference, where all viewpoints and perspectives are welcomed.

In every sense, we have benefited from Harvard's missions and values, along with the freedoms to learn and inquire, to think, to voice, and to act. The autonomy and freedoms present at Harvard and fellow educational institutions have long made them one of America's primary competitive advantages and a central engine of the dynamism and industriousness that have pushed America forward. Along with generations of students at Harvard, we have carried and embodied the American spirit of innovation and optimism.

Yet today, Harvard faces an unprecedented, existential threat. Instead of embracing our shared future, the Government is sowing division and fear and trying to break us apart. Simply put, Harvard is under siege. The Government has waged an escalating campaign of bullying, coercion, and extortion to take over Harvard's

core functions and dictate what is taught and voiced on Harvard campuses, and by whom. In retaliation for Harvard's refusal to acquiesce to the Government's threats and demands, the Government has moved to slash billions of dollars in federal funds for life-saving scientific and medical research and innovation; curtail and destroy the educational lives of international students and scholars; and sever all of its ties with Harvard. It is not surprising that Harvard, an anchor and pillar of American free expression and inquisitive thought during its founding and continuing today, is where the Government brought its wrecking ball. It is also no surprise that so many people throughout this country and across the globe have rallied for Harvard to stand up and present a strong front line, as Harvard is just one fight in this unnecessary and unprecedented war against research, scholarship and higher education.

The Government has justified its attacks on Harvard, in part, on the basis of concerns over antisemitism on campus. We unequivocally condemn antisemitism and every other form of discrimination and hate, which have no place at Harvard or anywhere else in our society. Yet charges of antisemitism—particularly without due process and proper bases and findings by the Government—should not be used as a pretext for the illegal and unconstitutional punishment and takeover of an academic institution by the Government. Indeed, most of the Government's demands on Harvard have little or nothing to do with combating antisemitism, or any other kind

of bias and discrimination, on campus.[8] Rather, its demands stifle the very engagement, teaching, and research that bring communities together, heighten our understanding of one another, and illuminate and advance solutions that directly benefit us all.[9]

Harvard and our fellow educational institutions nationwide are under sustained assault by a Government that seeks to undermine the core freedoms that make higher education a force for progress and democracy for all. Even if the attacks at Harvard—ranging from retaliatory cuts of federal funding, to Government control over curriculum and speech, to efforts to expel international students and faculty—were good-faith efforts to improve Harvard, they would still need to be pursued through lawful channels and with due process. Values cannot be imposed by fiat; the heavy (and destructive) hand of the Government is incompatible with open inquiry, the pursuit of truth, and the academic freedom guaranteed by the First Amendment.

As alumni, we know what these values make possible—because we have lived them. We have carried these values into classrooms and boardrooms, hospitals and houses of worship, laboratories and legislatures, and neighborhoods across the

[8] The Government is "us[ing] antisemitism as a smokescreen for a targeted, ideologically-motivated assault on this country's premier universities." *Harvard Coll.*, 798 F. Supp. 3d at 136.

[9] "The Supreme Court itself has recognized that efforts to educate people, change minds, and foster tolerance all benefit from more open communication, not less." *Id.* at 137.

world. Attacking our schools for upholding those freedoms and values is to attack the very foundation on which we have built our professional and personal lives. The Government's war against Harvard is not just about Harvard: it is an attempt to discredit and dismantle higher education; curtail investment in research, learning, and innovation; stifle independent thought; and divide the nation. We cannot let these tactics succeed—not at Harvard, and not in America.

## CONCLUSION

We support Harvard's refusal to accede to the Government's unconstitutional and unlawful demands to usurp the university's independence and abrogate its academic freedom. The escalating campaign against Harvard threatens the very foundation of who we are as a nation. We embrace our responsibility to stand up for our freedoms and values, to safeguard liberty and democracy, and to serve as bulwarks against these threats to the pursuit of knowledge and the safety and well-being of all.

Educational institutions like Harvard are always a work in progress, just like our democracy. Indeed, we are all works in progress. As alumni of Harvard 10,982 strong and nearly four centuries in the making—we submit this brief to ask this Court to affirm the decision of the district court and allow us to continue the work of making progress. After all, progress is best made possible when we have faith and invest in our institutions, not when we seek to destroy them.

July 28, 2026

Respectfully submitted,

/s/ Lauren Godles Milgroom
Lauren Godles Milgroom (#1183519)
EQUITY LITIGATION GROUP LLP
1 Washington Mall #1307
Boston, MA 02108
(617) 468-8602
lmilgroom@equitylitigation.com

*Counsel for Amici Curiae 10,982 Harvard Alumni*

Anurima Bhargava*
Naoka Carey
Pamela Coukos
Marco Simons
30 Bow St.
Cambridge, MA 02138

**pro hac vice application forthcoming*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Motion complies with the type-volume limitations of Rule 29(a)(4) and Rule 32(a)(7) of the Federal Rules of Appellate Procedure because it contains 3,088 words, excluding the parts of the Motion exempted by Rule 32(f). I further certify that this Motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6), and thus with Rule 27(d)(1)(E), because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Lauren Godles Milgroom*
Lauren Godles Milgroom (#1183519)

*Counsel for Amici Curiae 10,982 Harvard Alumni*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2026, I caused the foregoing to be filed with the Clerk of the U.S. Court of Appeals for the First Circuit using the appellate CM/ECF system and to be served upon counsel for all parties using the CM/ECF system.

*/s/ Lauren Godles Milgroom*
Lauren Godles Milgroom (#1183519)

*Counsel for Amici Curiae 10,982 Harvard Alumni*