Case No. 25-2231

# In the United States Court of Appeals For the First Circuit

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS - HARVARD FACULTY CHAPTER; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA,

Plaintiffs-Appellees,

v.

UNITED STATES DEPARTMENT OF JUSTICE; LEO TERRELL, in the official capacity as Senior Counsel to the Assistant Attorney General for Civil Rights and head of the DOJ Task Force to Combat Anti-Semitism; UNITED STATES DEPARTMENT OF EDUCATION; CRAIG TRAINOR, in the official capacity as Acting Assistant Secretary for the Office for Civil Rights, U.S. Department of Education;

(caption continued on following page)

Defendants-Appellants.

On Appeal from the United States District Court for the District of Massachusetts; Judge Allison Burroughs, Case No. 1:25-cv-10910-ABD

## MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE ON BEHALF OF AMICI CURIAE COLUMBIA ALUMNI FOR ACADEMIC FREEDOM

JOCELYN B. JONES
SEGAL ROITMAN, LLP
33 Harrison Ave., 7th Fl.
Boston, MA 02111
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

SEAN H. DONAHUE
DAVID T. GOLDBERG
DONAHUE, GOLDBERG, HERZOG & DAVIDSON
1008 Pennsylvania Ave., SE
Washington, DC 20002
(202) 277-7085
sean@donahuegoldberg.com

Counsel for Amici

No. 25-2231 case caption, continued:

ELIZABETH MERRILL BROWN, in the official capacity as General Counsel of the U.S. Department of Education; ROBERT F. KENNEDY, JR., in the official capacity as the U.S. Secretary of Health and Human Services; MICHAEL B. STUART, in the official capacity as General Counsel of the U.S. Department of Health and Human Services; JAYANTA BHATTACHARYA, in the official capacity as the Director of the National Institutes of Health; EDWARD FORST, in the official capacity as Administrator of the U.S. General Services Administration; JOSH GRUENBAUM, in the official capacity as Commissioner of the Federal Acquisition Service; TODD BLANCHE, in the official capacity as Acting U.S. Attorney General; LINDA MCMAHON, in the official capacity as the U.S. Secretary of Education; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES (HHS);NATIONAL INSTITUTES OF HEALTH; UNITED STATES GENERAL SERVICES ADMINISTRATION; BRIAN STONE, in the official capacity as Acting Director of NSF; JARED ISAACMAN, in the official capacity as Administrator of NASA; UNITED STATES DEPARTMENT OF DEFENSE; UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT; UNITED STATES DEPARTMENT OF ENERGY; UNITED STATES NATIONAL SCIENCE FOUNDATION; BROOKE L. ROLLINS, in the official capacity as Secretary of U.S. Department of Agriculture; UNITED STATES DEPARTMENT OF AGRICULTURE; SCOTT TURNER, in the official capacity as Secretary of HUD; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; CHRISTOPHER A. WRIGHT, in the official capacity as Secretary of Department of Energy; PETER B. HEGSETH, in the official capacity as Secretary of Department of Defense,

Defendants-Appellants.

Pursuant to Rule 12.0(a) of the Local Rules of the United States Court of Appeals for the First Circuit, Sean H. Donahue, counsel for amici curiae Columbia Alumni for Academic Freedom (CAAF), respectfully moves the Court for leave to file his notice of appearance in this case.

Undersigned counsel filed a notice of appearance on July 27, 2026 -- after the submission of Appellees' brief on July 21, 2026, and accordingly should have filed a motion under Rule 12.0)(a). By this motion, counsel and amici seek to rectify that default and properly enter counsel's appearance. The amicus brief in question has the consent of all parties, and no party will be prejudiced by the entry of undersigned counsel's appearance.

**CONCLUSION**

Sean H. Donahue should be granted leave to file the accompanying notice of appearance on behalf of amici Columbia Alumni for Academic Freedom.

Respectfully submitted,

/s/ Sean H. Donahue
Sean H. Donahue (1st Cir. Bar No. 63960)
Donahue, Goldberg, Herzog & Davidson
1008 Pennsylvania Ave. SE
Washington, DC 20002
(202) 277-7085
sean@donahuegoldberg.com

## CERTIFICATE OF COMPLIANCE

The body of the foregoing motion contains 138 words.

/s/ Sean H. Donahue

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2026, the foregoing was filed through the ECF system, which will send notice and a copy electronically to the registered participants on the Notice of Electronic Filing (NEF).

/s/ Sean H. Donahue