No. 25-2231

**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS – HARVARD FACULTY CHAPTER; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA,
*Plaintiffs-Appellees*,

v.

UNITED STATES DEPARTMENT OF JUSTICE; LEO TERRELL, in the official capacity as Senior Counsel to the Assistant Attorney General for Civil Rights and head of the DOJ Task Force to Combat Anti-Semitism; UNITED STATES DEPARTMENT OF EDUCATION; CRAIG TRAINOR, in the official capacity as Acting Assistant Secretary for the Office for Civil Rights, U.S. Department of Education; ELIZABETH MERRILL BROWN, in the official capacity as General Counsel of the U.S. Department of Education; ROBERT F. KENNEDY, JR., in the official capacity as the U.S. Secretary of Health and Human Services; MICHAEL B. STUART, in the official capacity as General Counsel of the U.S. Department of Health and Human Services; JAYANTA BHATTACHARYA, in the official capacity as the Director of the National Institutes of Health; EDWARD FORST, in the official capacity as Administrator of the U.S. General Services Administration; JOSH GRUENBAUM, in the official capacity as Commissioner of the Federal Acquisition Service; TODD BLANCHE, in the official capacity as Acting U.S. Attorney General; LINDA MCMAHON, in the official capacity as the U.S. Secretary of Education; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES (HHS); NATIONAL INSTITUTES OF HEALTH; UNITED STATES GENERAL SERVICES ADMINISTRATION; BRIAN STONE, in the official capacity as Acting Director of NSF; JARED ISAACMAN, in the official capacity as Administrator of NASA; UNITED STATES DEPARTMENT OF DEFENSE; UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT; UNITED STATES DEPARTMENT OF ENERGY; UNITED STATES NATIONAL SCIENCE FOUNDATION; BROOKE L. ROLLINS, in the official capacity as Secretary of U.S. Department of Agriculture; UNITED STATES DEPARTMENT OF AGRICULTURE; SCOTT TURNER, in the official capacity as Secretary of HUD; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; CHRISTOPHER A. WRIGHT, in the official capacity as Secretary of Department of Energy; PETER B. HEGSETH, in the official capacity as Secretary of Department of Defense,
*Defendants-Appellants*.

On Appeal from the United States District Court for the District of Massachusetts,
No. 25-cv-10910

# MOTION FOR LEAVE TO FILE NOTICES OF APPEARANCE

Amici curiae American Civil Liberties Union, American Civil Liberties Union of Maine, American Civil Liberties Union of Massachusetts, American Civil Liberties Union of New Hampshire, American Civil Liberties Union of Puerto Rico, American Civil Liberties Union of Rhode Island, Cato Institute, Electronic Frontier Foundation, Knight First Amendment Institute, National Coalition Against Censorship, and Rutherford Institute (together, "Amici Curiae") respectfully move for Vera Eidelman, Brian Hauss, Esha Bhandari, Jessie J. Rossman, Rachel E. Davidson, Lynette Labinger, Gilles R. Bissonnette, Henry Klementowicz, Maria D. Savarese, Carol Garvan, Zachary L. Heiden, Alex Abdo, and Jameel Jaffer (together, "counsel") to appear in this matter. In support of that request, they state as follows:

1. Appellants' opening brief was filed on May 1, 2026.

2. Appellees' response brief was tendered on July 15, 2026, and filed on July 21, 2026.

3. On July 28, 2026, counsel tendered an amicus brief on behalf of Amici Curiae in support of Appellees. The brief was timely filed pursuant to Fed. R. App. P. 29(a)(6), which states that "[a]n amicus curiae must file its brief . . . no later than 7 days after the principal brief of the party being supported is filed." All parties consented to the filing of the amicus brief. *See* Fed. R. App. P. 29(a)(2).

4. On August 20, 2026, the Court Clerk's Office contacted a subset of counsel, alerting them that every attorney listed on the brief would need to seek leave to appear pursuant to Local Rule 12.0(a), which states that "in no event may any attorney file a notice of appearance without leave of court after the appellee brief has been filed."

5. The Court Clerk's Office explained that Vera Eidelman could submit one motion that includes all counsel who have not already submitted a motion for leave and their signatures. This is that motion.

6. Granting this motion will not prejudice the parties. The amicus brief was timely filed, with the consent of all parties. In addition, granting this motion will not delay resolution of the appeal.

For the foregoing reasons, undersigned counsel respectfully requests leave to file the attached Notices of Appearance.

Dated: August 21, 2026

Respectfully submitted,

*/s/ Vera Eidelman*
Vera Eidelman

*/s/ Brian Hauss*
Brian Hauss

*/s/ Esha Bhandari*
Esha Bhandari

*/s/ Jessie J. Rossman*
Jessie J. Rossman

*/s/ Rachel E. Davidson*
Rachel E. Davidson

*/s/ Lynette Labinger*
Lynette Labinger

*/s/ Gilles R. Bissonnette*
Gilles R. Bissonnette

*/s/ Henry Klementowicz*
Henry Klementowicz

*/s/ Maria D. Savarese*
Maria D. Savarese

*/s/ Carol Garvan*
Carol Garvan

*/s/ Zachary L. Heiden*
Zachary L. Heiden

*/s/ Alex Abdo*
Alex Abdo

*/s/ Jameel Jaffer*
Jameel Jaffer

*Counsel for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

I certify that this brief complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Times New Roman in 14-point type.

I further certify that this brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 353 words, excluding the parts of the brief exempted under Fed. R. App. P. 32(f), according to the count of Microsoft Word.

Dated: August 21, 2026

By: *<u>/s/ Vera Eidelman</u>*
Vera Eidelman

## CERTIFICATE OF SERVICE

I certify that on August 21, 2026, the foregoing document was filed electronically through the Court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

Dated: August 21, 2026

By: */s/ Vera Eidelman*
Vera Eidelman