## RULE 26.1 STATEMENT

I certify that amicus Columbia Alumni for Academic Freedom is not a corporation, that amicus has no parent corporation, and that no publicly held corporate owns stock or any other interest in it.

/s/ Sean H. Donahue
Counsel for Amicus