# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-2231 **Short Title:** American Association of University Professors, et al v. United States Department of Justice, et al

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
Please see the attached document. as the

[ ] appellant(s) [ ] appellee(s) [✔] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Zachary L. Heiden
Signature

07/29/2026
Date

Zachary L. Heiden
Name

American Civil Liberties Union of Maine
Firm Name (if applicable)

207-619-6224
Telephone Number

PO Box 7860
Address

n/a
Fax Number

Portland, ME 04112
City, State, Zip Code

zheiden@aclumaine.org
Email (required)

Court of Appeals Bar Number: 99242

Has this case or any related case previously been on appeal?

[ ] No [✔] Yes Court of Appeals No. 25-2230

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**United States Court of Appeals for the First Circuit**

Attachment to Notice of Appearance

**The Clerk will enter my appearance as counsel on behalf of:**

<table>
<tr><th>Amici Curiae</th><th>Attorneys</th></tr>
<tr><td>American Civil Liberties Union</td><td rowspan="12">Vera Eidelman No. 1220845<br>Brian Hauss No. 1183865<br>Esha Bhandari No. 1163769<br>American Civil Liberties Union<br>Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2500<br>veidelman@aclu.org<br>bhauss@aclu.org<br><br>Jessie J. Rossman No. 1161236<br>Rachel E. Davidson No. 1197867<br>American Civil Liberties Union<br>Foundation of Massachusetts, Inc.<br>One Center Plaza, Suite 850<br>Boston, MA 02108<br>(617) 482-3170<br>jrossman@aclum.org<br>rdavidson@aclum.org<br><br>Fermín L. Arraiza-Navas No. 73810<br>American Civil Liberties Union<br>Puerto Rico Chapter<br>Union Plaza, Suite 1105<br>416 Avenida Ponce de León<br>San Juan, Puerto Rico 00918<br>(787) 753-9493<br>farraiza@aclu.org<br><br>Lynette Labinger No. 23027<br>Cooperating Counsel<br>American Civil Liberties Union<br>Foundation of Rhode Island<br>128 Dorrance St., Box 710<br>Providence, RI 02903<br>(401) 465-9565<br>ll@labingerlaw.com</td></tr>
<tr><td>American Civil Liberties Union of Maine</td></tr>
<tr><td>American Civil Liberties Union of Massachusetts</td></tr>
<tr><td>American Civil Liberties Union of New Hampshire</td></tr>
<tr><td>American Civil Liberties Union of Puerto Rico</td></tr>
<tr><td>American Civil Liberties Union of Rhode Island</td></tr>
<tr><td>Cato Institute</td></tr>
<tr><td>Electronic Frontier Foundation</td></tr>
<tr><td>Knight First Amendment Institute</td></tr>
<tr><td>National Coalition Against Censorship</td></tr>
<tr><td>Rutherford Institute</td></tr>
<tr><td></td></tr>
</table>

| | |
|---|---|
| | Gilles R. Bissonnette No. 123868<br>Henry Klementowicz No. 1179814<br>Maria D. Savarese No. 1223427<br>American Civil Liberties Union<br>Foundation of New Hampshire<br>18 Low Avenue<br>Concord, NH 03301<br>(603) 224-5591<br>gilles@aclu-nh.org<br>henry@aclu-nh.org<br>maria@aclu-nh.org<br><br>Carol Garvan No. 1145471<br>Zachary L. Heiden No. 99242<br>American Civil Liberties Union<br>of Maine Foundation<br>P.O. Box 7860<br>Portland, ME 04112<br>(207) 619-6224<br>cgarvan@aclumaine.org<br>zheiden@aclumaine.org<br><br>Alex Abdo No. 1154992<br>Jameel Jaffer No. 1218690<br>Knight First Amendment Institute at<br>Columbia University<br>475 Riverside Drive, Suite 302<br>New York, NY 10115 |