# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25 2231 **Short Title:** AAUP v. US Dept of Justice

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
Columbia Alumni for Academic Freedom as the

[ ] appellant(s) [ ] appellee(s) [✔] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Sean Hoe Donahue
Signature

July 27, 2026
Date

Sean Hoe Donahue
Name

Donahue Goldberg Herzog &Davidson
Firm Name (if applicable)

202 277 7085
Telephone Number

1008 Pennsylvania Ave SE
Address

202 315 3582
Fax Number

Washington DC 20003
City, State, Zip Code

sean@donahuegoldberg.com
Email (required)

Court of Appeals Bar Number: 63960

Has this case or any related case previously been on appeal?

[✔] No [ ] Yes Court of Appeals No.________________

=====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).