# United States Court of Appeals
## For the First Circuit

---

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form by the deadline indicated in the Calendaring Notice issued by the court and, in any regard, no later than two weeks prior to oral argument.**

Counsel presenting oral argument must be admitted to practice before this court and must have entered an appearance in the case. Counsel who have not entered an appearance must file an appearance and a motion for leave pursuant to 1st Cir. R. 12.0(a) with this designation.

Appeal No.: 25-2231

Case Name: AAUP v. DOJ

Date of Argument: 10/5/2026

Location of Argument: ☑ Boston ☐ Puerto Rico ☐ Other: ____________

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Department of Health and Human Services et al.

Attorney Name: Michael Velchik First Circuit Bar No.: 1218256

Cellphone No.: 202 860 8388 Fax Number: n/a

Email: michael.velchik@usdoj.gov

Check the box that applies:

☑ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with 1st Cir. R. 12.0(a) contemporaneously with this form.

/s Michael Velchik 9/4/2026
(Signature) (Date)